UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GONZALEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>J. DOERER,<br><br>    Defendant. | No.  1:24-cv-01183 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF EITHER TO:<br><br>(1) PAY THE FILING FEE IN FULL OR<br><br>(2) FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS ALONG WITH A SIX-MONTH INMATE TRUST ACCOUNT STATEMENT<br><br>See 28 U.S.C. § 1915(a)(2)<br><br>PLAINTIFF'S COMPLIANCE WITH THIS ORDER DUE IN THIRTY DAYS |

  Plaintiff, a federal inmate proceeding pro se, has filed a civil rights action pursuant to Bivens.[1]  See ECF No. 1 at 1.  Plaintiff has neither paid the filing fee in full, or in the alternative, filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 along with a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint, either.  See 28 U.S.C. § 1915(a)(2).

  Federal law requires that prior to bringing an action, a plaintiff may either pay the filing fee in full or request leave to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915(a).  It also

---

[1] Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

requires that incarcerated individuals who wish to proceed in forma pauperis in a civil rights action file a prison trust fund account statement that reflects the inmate's trust fund account activity over the past six months.  See 28 U.S.C. § 1915(a)(1)-(2).  It is only when both the application to proceed in forma pauperis and the inmate trust account statement have been filed by a plaintiff that a court should consider an application to proceed in forma pauperis.  See id.

Plaintiff will be provided the opportunity either to pay the filing fee in full or to submit an application to proceed in forma pauperis along with a certified copy of his inmate trust account statement.  He will be given thirty days to take either course of action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff an Application to Proceed In Forma Pauperis By a Prisoner, and

2. Within thirty days from the date of this order, Plaintiff shall either:

    a. Pay the filing fee in full, or

    b. File an application to proceed in forma pauperis along with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed without prejudice.**

IT IS SO ORDERED.

    Dated:   **November 20, 2024**                           **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE