UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GONZALEZ, | No. 1:24-cv-01183 KES GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING MATTER WITHOUT PREJUDICE |
| v. | |
| J. DOERER, | Doc. 8 |
| Defendant. | |

Plaintiff, a federal inmate proceeding pro se, has filed this civil rights action seeking relief under several federal statutes and *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Doc. 4. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2025, the magistrate judge issued findings and recommendations recommending that this case be dismissed for plaintiff's failure to prosecute and failure to obey court orders. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 5. Plaintiff has not filed objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued February 7, 2025, Doc. 8, are ADOPTED IN FULL;
2. This matter is DISMISSED without prejudice for failure to prosecute and failure to obey court orders; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: February 26, 2025

_____
UNITED STATES DISTRICT JUDGE

2